ACCEPTED
15-25-00130-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 2:36 PM
CHRISTOPHER A. PRINE
CLERK

**Cause No. 15-25-00130-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 2:36:11 PM
CHRISTOPHER A. PRINE
Clerk

**FIFTEENTH COURT OF APPEALS**

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION,**
*Appellant,*

**v.**

**AMY BAZAN a/k/a AMY FAIRBANK,**
*Appellee.*

**On Appeal from the 353rd Judicial District Court of Travis County, Texas**
**No. D-1-GN-22-000773**

**APPELLANT TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEF**

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellant, the Texas Health and Human Services Commission (HHSC), respectfully requests an extension of time to and including December 29,2025 in which to file its reply brief in the captioned appeal. In support, the HHSC would show the Court as follows:

1.    Appellant HHSC filed its Appellant Brief on October 6, 2025.

2.    Appellee filed her brief on November 5, 2025.

3. Appellant HHSC's reply brief is currently due on November 25, 2025.

4. No previous extensions have been requested or granted.

5. Counsel for Appellant HHSC is requesting the extension due to an injury that needs considerable medical attention, as well as other unanticipated management and work-related matters.

6. This motion is not interposed for the purpose of delay, but only to allow Appellant HHSC's counsel the time to adequately prepare and file a reply brief.

7. Appellee's counsel has stated that she does not oppose this request.

Appellant HHSC therefore respectfully requests an extension of time to and including December 29, 2025, in which to file and serve its reply brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

2

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Email: ted.ross@oag.texas.gov

**Attorneys for Appellant**
**Texas Health & Human Services Commission**

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for Appellee and she stated that Appellee does not oppose the extension requested herein.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **21st day of November 2025:**

Prema Autry                                        *via e-Service*
Texas State Bar No. 24082357
223 S. Bonner Ave.
Tyler, Texas 75702
T: (903) 705-7211
F: (903) 705-7221
pautry@laddtxlaw.com
*Attorney for Appellee,*
*Amy Bazan a/k/a Amy Fairbank*


*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Ted Ross
Bar No. 24008890
jeff.lutz@oag.texas.gov
Envelope ID: 108345711
Filing Code Description: Motion
Filing Description: 2025 1121 Unopposed Motion for Extension reply brief
Status as of 11/21/2025 2:59 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 11/21/2025 2:36:11 PM | SENT |
| Ted Ross | | ted.ross@oag.texas.gov | 11/21/2025 2:36:11 PM | SENT |

Associated Case Party: Amy Bazan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cheryl Kuester | | ckuester@laddtxlaw.com | 11/21/2025 2:36:11 PM | SENT |
| Norman Ladd | | nladd@laddtxlaw.com | 11/21/2025 2:36:11 PM | SENT |
| Prema Autry | | pautry@laddtxlaw.com | 11/21/2025 2:36:11 PM | SENT |